UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KIMBERLANA ELKINS | CIVIL ACTION |
| VERSUS | |
| JOE EDWARD BRADSHAW AND GEICO CASUALTY INSUANCE COMPANY | NO. 18-1035-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 24, 2019, to which no opposition was filed;

**IT IS ORDERED** that the Motion to Remand, (Doc. 2) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's request for fees and costs pursuant to 28 U.S.C. § 1447(c) is DENIED.

**IT IS FURTHER ORDERED** this matter is referred to the undersigned for a scheduling conference.

Signed in Baton Rouge, Louisiana, on May 13, 2019.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**